IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY STAUFFER,

    Plaintiff,

  v.

Case No. 17-cv-905-wmc

IAN CONNORS, SARA M. REVELL,
LOUIS WILLIAMS II, and RYAN
WILLIS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | March 1, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |